UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


RICHARD W. McELHANEY,

    Plaintiff,

v.                                                              3:05-cv-475

STATE OF TENNESSEE, et al.,

    Defendants.


**MEMORANDUM AND ORDER**


    This is a *pro se* prisoner's civil rights action pursuant to 42 U.S.C. § 1983. Mail that was sent from the court to plaintiff on September 6, 2007, at his last known address of Brushy Mountain Correctional Complex (BMCX), was returned undelivered on September 17, 2007, with the notation "expired sentence on 4-21-07." BMCX also noted that plaintiff's last known address was 6105 Provence Street Tr 36, Chattanooga, TN 37421. Mail that was sent from the court to plaintiff on September 11, 2007, at his last known address of BMCX was returned undelivered on September 25, 2007, with the notation "expired to federal detainer on 4-21-07."

Plaintiff has not informed the court of his correct mailing address. In the court's initial order, plaintiff was ordered to inform the court immediately of any address changes. Plaintiff was also advised that failure to provide a correct address within ten days following any change of address would result in the dismissal of this action. Under the circumstances, plaintiff is **ORDERED** to **SHOW CAUSE** why this case should not be dismissed for failure to prosecute and to comply with the orders of this court. Fed. R. Civ. P. 41(b). The Clerk is **DIRECTED** to send plaintiff's copy of this Memorandum and Order to him at the Provence Street address in Chattanooga, Tennessee.

**ENTER:**

                                                  s/ Leon Jordan
                                        United States District Judge